MARGARET COTANCHE, Appellant, v. GEROLD COTANCHE, Respondent.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the record sufficiently establishes that a separate residence of the plaintiff exists in Cayuga county (*Hunt* v. *Hunt*, 72 N. Y. 217; *Atherton* v. *Atherton*, 155 id. 129; revd. on other grounds, 181 U. S. 155; *Post* v. *Post*, 149 App. Div. 452; *Gray* v. *Gray*, 143 N. Y. 354) so as to make Cayuga county a proper county for the trial of this action. All concur. (The order grants defendant's motion to change place of trial in an action for separation.) Present — Sears, P. J., Thompson, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Application of JEAN I. WEST and Others to Discover Certain Property of EMMA WEST, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order sustains defendants' objections and dismisses the petition in a discovery proceeding without prejudice to the petitioners' pressing their objections in the accounting proceeding.) Present — Sears, P. J., Thompson, Crosby, Lewis and Cunningham, JJ.

SUNDAIL CONSTRUCTION COMPANY, INCORPORATED, Respondent, v. LIBERTY BANK OF BUFFALO, Appellant.— Motion for a reargument denied, with ten dollars costs. (Order entered March 8, 1937.) Present — Sears, P. J., Edgcomb, Thompson and Crosby, JJ.

MARY OCORR, Respondent, v. MILDRED C. PRINCE, Appellant, Impleaded with RALPH E. O'DELL and SADIE O'DELL, Defendants.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. (Order entered March 8, 1937.) Present — Sears, P. J., Edgcomb, Thompson and Lewis, JJ.

CHARLES G. VOKE, Respondent, v. RAYMOND E. ARCHER, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. (Order entered March 8, 1937.) Present — Sears, P. J., Edgcomb, Thompson and Lewis, JJ.

LEONARD TILNEY, Appellant, v. JOSEPH A. GERNER, Respondent.—Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. (Order entered March 8, 1937.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO for the Appointment of Commissioners to Apportion the Respective Amount of Expense to Be Borne and Paid by the City of Buffalo and the Delaware, Lackawanna and Western Railroad Co. of the Cost of the Elimination of Clinton Street-D. L. & W. R. R. Grade Crossing. Proceeding No. 137.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and questions for review certified. [See 249 App. Div. 795.] (Order entered March 8, 1937.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

GOOD HEALTH DAIRY PRODUCTS CORPORATION OF ROCHESTER, NEW YORK, Respondent, v. MARY C. EMERY, Appellant, and WILLIAM EMERY, Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. [See 249 App. Div. 795.] Order entered December 23, 1936, amended to provide that the affirmance was made as matter of law and not in the exercise of any discretion. (Order entered March 8, 1937.) Present — Sears, P. J., Thompson, Crosby and Lewis, JJ.